## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

In Re:   *DEVIN MATTHEW MCCONNELL*　　　　　　　Case No.:   *06-03292-8-RDD*
　　　　　*JOAN SUDAH MCCONNELL*

### REPORT OF UNCLAIMED DIVIDEND

　　　The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

　　　1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *PIONEER LENDING*<br>*PO BOX 10487*<br>*KANSAS CITY, MO 64171* | $45.82 |

　　　2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

　　　WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

　　　DATED:  June 2, 2010

　　　　　　　　　　　　　　　　　　　　　　/S/ RICHARD M. STEARNS
　　　　　　　　　　　　　　　　　　　　　　RICHARD M. STEARNS
　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Post Office Box 2218
　　　　　　　　　　　　　　　　　　　　　　Kinston, North Carolina 28502
　　　　　　　　　　　　　　　　　　　　　　Phone:  (252) 523-2295